**READING COMPANY, Appellant**

v.

**POPE & TALBOT, INC.**

and

**Merritt-Chapman & Scott Corporation.**

No. 13603.

United States Court of Appeals
Third Circuit.

Argued Oct. 17, 1961.

Decided Oct. 25, 1961.

Harrison G. Kildare, Philadelphia, Pa. (Rawle & Henderson, Philadelphia, Pa., Thomas F. Mount, J. Welles Henderson, Philadelphia, Pa., on the brief), for appellant.

Elmer C. Maddy, New York City (Krusen, Evans & Shaw, Philadelphia, Pa., and Kirlin, Campbell & Keating, Roy C. Megargel, New York City, Claus G. U. Claesson, Philadelphia, Pa., on the brief), for appellee Pope & Talbot, Inc.

Before KALODNER, HASTIE and GANEY, Circuit Judges.

PER CURIAM.

Upon review of the record we find no error.

The Interlocutory Decree of the District Court of March 30, 1961, 192 F. Supp. 663, will be affirmed.